# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3825

_____

Patrick Haltiwanger,                              *
                                                  *
            Appellant,                            *
                                                  *    Appeal from the United States
      v.                                          *    District Court for the Eastern
                                                  *    District of Arkansas.
C. Kirby, Sgt., Maximum Security Unit,            *
Arkansas Department of Correction;                *    [UNPUBLISHED]
Gladis Johnson, Yard Crew Sgt.,                   *
Maximum Security Unit, Arkansas                   *
Department of Correction; Rickey                  *
Thompson, originally sued as                      *
Thompson,                                         *
                                                  *
            Appellees.                            *

_____

Submitted:  July 6, 2001
    Filed:  July 30, 2001

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

Patrick Haltiwanger, an Arkansas inmate, appeals from the district court's[1] dismissal as to three defendants and the court's grant of summary judgment to the remaining defendants, all Arkansas Department of Correction officials, in his 42 U.S.C. § 1983 action. Having carefully reviewed the record and the parties' submissions on appeal, we conclude the district court's orders were proper for the reasons stated therein. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas.